United States District Court
Southern District of Texas
**ENTERED**
January 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ABELARDO RODRIGUEZ ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | |
| NORMAN BRUCE UNGER ) | M-16-078 |
| AND PEARL TRANSPORT, INC. ) | |

### ORDER OF DISMISSAL

Came on to be considered the "Parties' Stipulation of Dismissal," which the Court will consider as a Joint Motion to Dismiss, and the Court is of the opinion that said motion should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that said Joint Motion to Dismiss is GRANTED and the above-styled case is hereby DISMISSED with prejudice, with costs of Court to be paid by the party who incurred the same.

The Clerk shall send a copy of this order to counsel for the Parties.

DONE on this 25th day of January, 2017, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE